## OLIVIER v. HYLAND.

(Circuit Court of Appeals, Fifth Circuit.    April 11, 1911.)

### No. 2,093.

NEUTRALITY LAWS (§ 4*)—PROCEEDING AGAINST VESSEL FOR VIOLATION—RIGHT OF UNITED STATES TO CONTROL.

> Proceedings for the enforcement of the neutrality laws are necessarily under control of the United States, and a proceeding against a vessel, seized on complaint of an informer for violation of section 11 of the Penal Laws (Act March 4, 1909, c. 321, 35 Stat. 1090 [U. S. Comp. St. Supp. 1909, p. 1393]), cannot be continued, if the United States disavows and declines to ratify the seizure.

> [Ed. Note.—For other cases, see Neutrality Laws, Dec. Dig. § 4.*]

Appeal from the District Court of the United States for the Eastern District of Louisiana.

Libel of information by Albert J. Olivier against the Steamship Venus, Thomas F. Hyland, master, claimant; United States, intervener. Decree for respondent, and libelant appeals. Affirmed.

Armand Romain, for appellant.

W. J. Waguespack, Solomon Wolff, and Jno. D. Grace, for appellee.

Before PARDEE and McCORMICK, Circuit Judges.

PER CURIAM. The enforcement of the neutrality laws of the United States is of necessity under the control of the government of the United States. Where a seizure is made on complaint of an informer for violation of section 11, Penal Laws of the United States, and the United States, through its proper representatives, intervenes, disavows, and declines to ratify the seizure, as in the instant case, the informer can have no such inchoate or other interest as will permit the further prosecution of the case in his behalf.

The decree appealed from is affirmed.